UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK DUDLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-00446-MTS |
| ) | |
| CAROLYN COLVIN, *Acting* ) | |
| *Commissioner* ) | |
| *of the Social Security Administration*, ) | |
| ) | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Doc. [25]. Plaintiff asks to be awarded $4,595.08 for 19.6 hours of attorney work. Defendant does not object to Plaintiff's request. Doc. [27]. The Court will award Plaintiff $4,595.08 to be paid by the Social Security Administration. *See* 28 U.S.C. § 2412. This amount is subject to any allowable offset to satisfy any pre-existing debt Plaintiff owes to the United States. If Plaintiff owes no outstanding debt to the United States that can be offset, the EAJA award is to be paid and sent directly to Plaintiff's attorney. *See* Doc. [25-2]. If Plaintiff owes an outstanding debt to the

United States, and such debt is subject to offset, Defendant shall offset the debt and send the remainder (if any) of the award to Plaintiff's attorney.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees, Doc. [25], is **GRANTED**.  EAJA fees in the amount of $4,595.08 shall be paid by the Social Security Administration in accordance with the EAJA and this Memorandum and Order.

Dated this 13th day of January 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE